UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 19 AM 9:05

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Jose Luis ACEVES-Aceves  )<br>AKA: Jose Louis Aceves  )<br>  )<br>Defendant.  )<br>_____) | Magistrate Case No. **'07 MJ 2499**<br><br>BY: _____ DEPUTY<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |

The undersigned complainant being duly sworn states:

On or about **October 17, 2007**, within the Southern District of California, defendant **Jose Luis ACEVES-Aceves AKA: Jose Louis Aceves**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF October, 2007.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On October 17, 2007, at approximately 2145 hours, a male individual later identified as **Jose Luis ACEVES-Aceves aka: Jose Louis Aceves (Defendant)** attempted to enter the United States from Mexico at the San Ysido, California Port of Entry via the vehicle primary lanes. Defendant was one of nine undocumented aliens discovered by a Customs and Border Protection (CBP) officer concealed in the rear cargo area of a 1996 Ford Aerostar van driven by Sergio Gomez-Escarcega.

Defendant was queried by fingerprint and photograph through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a citizen of Mexico and a previously removed alien. Defendant's identity and criminal history was verified using the Integrated Automated Fingerprint Identification System (IAFIS).

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant is a citizen of Mexico without legal documents to enter the United States. While conducting CIS and DACS queries, immigration service records indicate Defendant was deported from the United States by an immigration judge on or about June 11, 2002 and physically removed from the United States to Mexico on June 24, 2002. Immigration service records indicated there is no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border Protection Enforcement Officer

UNITED STATES MAGISTRATE JUDGE