AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

v.

JOSE LUIS ACEVES-ACEVES

**APPEARANCE**

Case Number: 07MJ2499

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE LUIS ACEVES-ACEVES

I certify that I am admitted to practice in this court. PRO HAC VICE.

10/30/2007
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD    177301
Print Name    Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City    State    Zip Code

(619) 234-8467    (619) 687-2666
Phone Number    Fax Number

## **CERTIFICATE OF SERVICE**

 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 30, 2007             ____*/s/ Linda Lopez*_____
                         LINDA LOPEZ
                         Federal Defenders of San Diego, Inc.
                         225 Broadway, Suite 900
                         San Diego, CA 92101-5030
                         (619) 234-8467 (tel)
                         (619) 687-2666 (fax)
                         e-mail: Linda_Lopez@fd.org