FILED

NOV 1 5 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LUIS ACEVES-ACEVES,<br>  aka Jose Louis Aceves,<br><br>    Defendant. | Criminal Case No. 07cr3127-JAH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation<br>(Felony) |

The United States Attorney charges:

On or about October 17, 2007, within the Southern District of California, defendant JOSE LUIS ACEVES-ACEVES, aka Jose Louis Aceves, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

1    It is further alleged that defendant JOSE LUIS ACEVES-ACEVES,
2 aka Jose Louis Aceves was removed from the United States subsequent
3 to May 13, 1997.
4    DATED: _____11/15/07_____.

5                                   KAREN P. HEWITT
                                    United States Attorney
6
7                                   *J. Moore fx*
8                                   JOSEPH J.M. ORABONA
                                    Assistant U.S. Attorney

28 JJO:es:San Diego
   11/02/2007