AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LUIS ACEVES-ACEVES,<br>aka Jose Louis Aceves | CASE NUMBER: 07CR 3127-JAH |

I, <u>JOSE LUIS ACEVES-ACEVES, aka Jose Louis Aceves</u> the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/15/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER